# EXHIBIT 1

11/27/2017 Pomerantz Law Firm Announces the Filing of a Class Action against Intercept Pharmaceuticals, Inc. and Certain Officers – ICPT

Case 1:17-cv-07371-LAK Document 7-1 Filed 11/27/17 Page 2 of 4

# Pomerantz Law Firm Announces the Filing of a Class Action against Intercept Pharmaceuticals, Inc. and Certain Officers – ICPT

*September 27, 2017 13:52 ET* | **Source:** Pomerantz LLP

NEW YORK, Sept. 27, 2017 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Intercept Pharmaceuticals, Inc. ("Intercept" or the "Company") (NASDAQ:ICPT) and certain of its officers.   The class action, filed in United States District Court, Southern District of New York, and docketed under 17-cv-07371, is on behalf of a class consisting of investors who purchased or otherwise acquired Intercept securities, seeking to recover compensable damages caused by defendants' violations of the Securities Exchange Act of 1934.

If you are a shareholder who purchased Intercept securities between May 31, 2016, and September 20, 2017, both dates inclusive, you have until November 27, 2017, to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

[Click here to join this class action]

Intercept Pharmaceuticals, Inc. manufactures and markets biopharmaceutical products. The Company focuses on the development and commercialization of therapeutics to treat chronic liver diseases utilizing proprietary bile acid chemistry.  The Company's lead product candidate, Ocaliva (obeticholic acid, or OCA), is a bile acid analog, a chemical substance that has a structure based on a naturally occurring human bile acid, that selectively binds to and activates the farnesoid X receptor, or FXR. On May 31, 2016, Intercept announced that the U.S. Food and Drug Administration ("FDA") had approved Ocaliva for the treatment of patients with primary biliary cholangitis ("PBC").

https://globenewswire.com/news-release/2017/09/27/1133895/0/en/Pomerantz-Law-Firm-Announces-the-Filing-of-a-Class-Action-against-Intercept-Pharmaceuticals-Inc-and-Certain-Officers-ICPT.html    1/3

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Ocaliva entailed undisclosed safety risks, including death, to patients suffering from PBC; and (ii) as a result of the foregoing, Intercept's public statements were materially false and misleading at all relevant times.

On September 12, 2017, Intercept issued a letter warning physicians against overdosing patients with Ocaliva, advising them that the drug has been tied to liver injuries and death among patients suffering from PBC.

On this news, Intercept's share price fell $15.36, or 13.53%, to close at $98.12 on September 12, 2017.

On September 21, 2017, the FDA issued a safety announcement entitled "FDA Drug Safety Communication: FDA warns about serious liver injury with Ocaliva for rare chronic liver disease," warning doctors after reports of multiple deaths linked to the drug.

On this news, Intercept's share price fell $24.42, or 24.88%, to close at $73.70 on September 21, 2017.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com

---

11/27/2017 Pomerantz Law Firm Announces the Filing of a Class Action against Intercept Pharmaceuticals, Inc. and Certain Officers – ICPT

Case 1:17-cv-07371-LAK Document 7-1 Filed 11/27/17 Page 4 of 4

- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.