**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X

JUDITH DESMET, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

        vs.

INTERCEPT PHARMACEUTICALS, INC., MARK PRUZANSKI and SANDIP S. KAPADIA,

        Defendants.

-------------------------------------------------------------------------X

CASE No.: 1:17-cv-07371-LAK

**NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION OF ABRAHAM KASSIN, DKT # 6**

**<u>CLASS ACTION</u>**

Abraham Kassin ("Movant"), having reviewed the competing lead plaintiff motions, does not appear to have the largest financial interest and therefore Movant hereby withdraws his Lead Plaintiff motion, (Doc. No. 6). This withdrawal shall have no impact on Movant's membership in the proposed class, his right to share in any recovery obtained for the benefit of class members, and his ability to serve as a representative party should the need arise n.

Dated: December 11, 2017        Respectfully submitted,

                                        **THE ROSEN LAW FIRM, P.A.**

                                        /s/ Phillip Kim
                                        Phillip Kim, Esq. (PK 9384)
                                        Laurence M. Rosen, Esq. (LR 5733)

275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 11th day of December 2017, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION OF ABRAHAM KASSIN, DKT # 6** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                /s/ Phillip Kim