| | |
|---|---|
| JUDITH DeSMET, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>                     v.<br><br>INTERCEPT PHARMACEUTICALS, INC., MARK PRUZANSKI and SANDIP S. KAPADIA,<br><br>                             Defendants. | No. 1:17-cv-07371-LAK |

**NOTICE OF HOU LIU AND AMY FU'S NON-OPPOSITION
TO COMPETING LEAD PLAINTIFF MOTIONS**

Husband and wife Hou Liu ("Liu") and Amy Fu ("Fu") respectfully submit this non-opposition to competing motions filed in the above captioned action for appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995. After reviewing the competing motions for Lead Plaintiff, Liu and Fu recognize that they do not possess the largest individual financial interest among the various movants.

Liu and Fu's non-opposition shall have no effect on, and is without prejudice to, their rights as members of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise. However, should the Court determine that any of the other movants with larger financial interests in the outcome of this litigation are unable to serve as Lead Plaintiff, Liu and Fu are willing and able to assume the role of Lead Plaintiffs on behalf of the purported class.

Dated: December 11, 2017

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: ____*/s/ Richard W. Gonnello*
      Richard W. Gonnello

Richard W. Gonnello
Katherine M. Lenahan
Sherief Morsy
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
E-mail: rgonnello@faruqilaw.com
       klenahan@faruqilaw.com
       smorsy@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiffs Hou Liu and Amy Fu and [Proposed] Lead Counsel for the Class*