UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HOU LIU and AMY FU, individually and on behalf of all others similarly situated,

        Plaintiffs,

v. : 17 Civ. 7371 (LAK)

INTERCEPT PHARMACEUTICALS, INC., MARK PRUZANSKI, SANDIP S. KAPADIA, RICHARD KIM, and RACHEL MCMINN, : **ECF Case**

: **Electronically Filed**

        Defendants.

------------------------------------- x

## NOTICE OF MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the Amended Class Action Complaint, dated July 31, 2018, the accompanying Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Amended Class Action Complaint; the accompanying Declaration of Scott D. Musoff, dated September 14, 2018 and exhibits thereto; and upon all prior papers and proceedings had herein, Defendants Intercept Pharmaceuticals, Inc., Mark Pruzanski, Sandip S. Kapadia, Richard Kim, and Rachel McMinn will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, for an Order (a) dismissing the Amended Class Action Complaint with prejudice; and (b) granting such other and further relief as this Court may deem just and proper.

New York, New York
Dated:  September 14, 2018

James R. Carroll (*pro hac vice*)
Alisha Q. Nanda
Rene H. DuBois
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
james.carroll@skadden.com
alisha.nanda@skadden.com
rene.dubois@skadden.com

/s/ Scott D. Musoff
Scott D. Musoff (scott.musoff@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000

*Attorneys for Defendants
Intercept Pharmaceuticals, Inc.,
Mark Pruzanski, Sandip S. Kapadia,
Richard Kim and Rachel McMinn*