UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOU LIU and AMY FU, Individually and On Behalf of All Others Similarly Situated,<br><br>Lead Plaintiffs,<br><br>v.<br><br>INTERCEPT PHARMACEUTICALS, INC., MARK PRUZANSKI, SANDIP S. KAPADIA, RICHARD KIM, and RACHEL MCMINN<br><br>Defendants. | No. 1:17-cv-07371-LAK<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**LEAD PLAINTIFFS' NOTICE OF MOTION TO PARTIALLY LIFT THE PSLRA DISCOVERY STAY**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Southern District of New York, Hou Liu and Amy Fu ("Plaintiffs") will respectfully move the Court pursuant to Section 21D(b)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an order partially lifting the stay of discovery imposed on the above captioned action by the PSLRA, for the limited purpose of permitting Plaintiffs to obtain from Defendants copies of the following documents:

(1) defendant Intercept Pharmaceuticals, Inc.'s ("Intercept") Periodic Safety Update Report for the period of December 12, 2016 through June 11, 2017 for Intercept's drug Ocaliva;

(2) the European Medicines Agency's ("EMA") Pharmacovigilance Risk Assessment Committee assessment report EMEA/H/C/PSUSA/00010555/201706 for Ocaliva;

(3) Intercept's latest approved Risk Management Plan for Ocaliva, as of March 23, 2018; and

(4) all of the current and future briefing in Case T-377/18, *Intercept Pharma and Intercept Pharmaceuticals v. EMA*, CURIA (June 20, 2018) and all correspondence between the EMA and Intercept or its agents concerning Plaintiffs' Application for Access to Documents to the EMA submitted on March 20, 2018 (ASK-40399) and Intercept's related litigation.

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of Richard W. Gonnello and exhibits filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

2

Dated: October 29, 2018                    Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: /s/ *Richard W. Gonnello*
       Richard W. Gonnello

Richard W. Gonnello
Katherine M. Lenahan
Sherief Morsy
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
E-mail: rgonnello@faruqilaw.com
         klenahan@faruqilaw.com
         smorsy@faruqilaw.com

*Attorneys for Lead Plaintiffs*