UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOU LIU and AMY FU, Individually and On Behalf of All Others Similarly Situated,<br><br>Lead Plaintiffs,<br><br>v.<br><br>INTERCEPT PHARMACEUTICALS, INC., MARK PRUZANSKI, SANDIP S. KAPADIA, RICHARD KIM, and RACHEL MCMINN<br><br>Defendants. | No. 1:17-cv-07371-LAK<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION TO PARTIALLY LIFT THE PSLRA DISCOVERY STAY**

Hou Liu and Amy Fu ("Plaintiffs") move for an order partially lifting the discovery stay imposed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for the limited purpose of permitting Plaintiffs to obtain from Defendants copies of the following documents:

(1) defendant Intercept Pharmaceuticals, Inc.'s ("Intercept") Periodic Safety Update Report for the period of December 12, 2016 through June 11, 2017 for Intercept's drug Ocaliva;

(2) the European Medicines Agency's ("EMA") Pharmacovigilance Risk Assessment Committee assessment report EMEA/H/C/PSUSA/00010555/201706 for Ocaliva;

(3) Intercept's latest approved Risk Management Plan for Ocaliva, as of March 23, 2018; and

(4) all of the current and future briefing in Case T-377/18, *Intercept Pharma and Intercept Pharmaceuticals v. EMA*, CURIA (June 20, 2018) and all correspondence between the EMA and Intercept or its agents concerning Plaintiffs' Application for Access to Documents to the EMA submitted on March 20, 2018 (ASK-40399) and Intercept's related litigation.

The Court, having read and considered Plaintiffs' motion, the memorandum of points and authorities in support thereof, the declaration of Richard W. Gonnello in support thereof, and all other papers filed in connection therewith, and having heard argument from the parties, grants Plaintiffs' motion.

IT IS SO ORDERED.

DATED: _____   _____
   THE HONORABLE LEWIS A. KAPLAN
   UNITED STATES DISTRICT JUDGE