UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOU LIU and AMY FU, Individually and On Behalf of All Others Similarly Situated,<br><br>Lead Plaintiffs,<br><br>v.<br><br>INTERCEPT PHARMACEUTICALS, INC., MARK PRUZANSKI, SANDIP S. KAPADIA, RICHARD KIM, and RACHEL MCMINN<br><br>Defendants. | No. 1:17-cv-07371-LAK<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF
LEAD PLAINTIFFS' MOTION TO PARTIALLY LIFT
THE PSLRA DISCOVERY STAY**

I, Richard W. Gonnello, declare as follows:

1.  I am a member in good standing of the bar of the State of New York and am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Lead Plaintiffs Hou Liu and Amy Fu to Partially Lift the PSLRA's Discovery Stay.

2.  Attached as Exhibit A is a true and correct copy of the Amended Class Action Complaint with its exhibits, ECF No. 52.

3.  Attached as Exhibit B is a true and correct copy of the "Action brought on 20 June 2018 – Intercept Pharma and Intercept Pharmaceuticals v EMA (Case T-377/18)" dated August 17, 2018, from the Court of Justice of the European Union's website, retrieved on September 17, 2018 from: http://curia.europa.eu/juris/document/document.jsf;jsessionid=9ea7d0f130dc76bd2781fd114d9084a2f3fc7df8e7f5.e34KaxiLc3eQc40LaxqMbN4Pbh0Ne0?text=&docid=205311&pageIndex=0&doclang=en&mode=lst&dir=&occ=first&part=1&cid=1848049.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of October, 2018 at New York, NY.

> /s/ Richard W. Gonnello
> Richard W. Gonnello