**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HOU LIU, et al.,

                Plaintiffs,

     -against-                          17 **CIVIL** 7371 (LAK)

                                             **JUDGMENT**

INTERCEPT PHARMACEUTICALS, INC., et al.,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 27, 2020, defendants' motion to dismiss is granted in its entirety.

**Dated:** New York, New York
           March 27, 2020

                                                               **RUBY J. KRAJICK**
                                                         _____
                                                                 **Clerk of Court**
                                           **BY:**
                                                        _____
                                                                **Deputy Clerk**