# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOU LIU and AMY FU, Individually and on Behalf of All Others Similarly Situated,<br><br>       Lead Plaintiffs,<br><br>v.<br><br>INTERCEPT PHARMACEUTICALS INC., MARK PRUZANSKI, SANDIP S. KAPADIA, RICHARD KIM, and RACHEL MCMINN<br><br>       Defendants. | No. 1:17-cv-07371-LAK<br><br>CLASS ACTION<br><br>**NOTICE OF APPEAL** |

  Notice is hereby given that Lead Plaintiffs Hou Liu and Amy Fu ("Plaintiffs") appeal to the United States Court of Appeals for the Second Circuit from the Order entered in this action on February 28, 2019 (ECF No. 88), denying Plaintiffs' motion to partially lift the PSLRA discovery stay; the Memorandum Opinion entered in this action on March 26, 2020 (ECF No. 91) and the Judgment entered in this action on March 27, 2020 (ECF No. 92), granting the motion to dismiss filed by Defendants Intercept Pharmaceuticals Inc., Mark Pruzanski, Sandip S. Kapadia, Richard Kim, and Rachell McMinn; and the Memorandum Opinion and Order entered in this action on September 9, 2020 (ECF No. 104), denying Plaintiffs' motion to amend or otherwise set aside the court's motion to dismiss judgment. True and correct copies of the docket entry for the order, the opinions, and the judgment are attached hereto as Exhibits A-D.

Dated: October 9, 2020       Respectfully submitted,

                **FARUQI & FARUQI, LLP**

                By: */s/ Richard W. Gonnello*
                    Richard W. Gonnello

                Richard W. Gonnello

Megan M. Sullivan
Dillion J. Hagius
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
E-mail: rgonnello@faruqilaw.com
       msullivan@faruqilaw.com
       dhagius@faruqilaw.com

*Attorneys for Lead Plaintiffs Hou Liu and Amy Fu and Lead Counsel for the Class*